IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OVALLE,<br><br>          Plaintiff,<br><br>    vs.<br><br>LIBERTY LIFE ASSURANCE CO.<br>OF BOSTON,<br><br>          Defendant. | 1:12cv0292 AWI DLB<br><br>ORDER DENYING PLAINTIFF'S MOTION TO UTILIZE ELECTRONIC COURT FILING<br><br>(Document 10) |

    Plaintiff David Ovalle is proceeding pro se in this action and has requested permission to e-file documents in this Court's CM/ECF case management system. He has not, however, explained why the Court should make an exception to the general rule that pro se parties are not permitted to use CM/ECF. Local Rule 133(b)(3) provides that pro se applicant must "set[] out an explanation of reasons for the exception."

    Plaintiff's motion is therefore DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

    **Dated:   April 27, 2012**                        /s/ **Dennis L. Beck**
                                                                       UNITED STATES MAGISTRATE JUDGE

1