1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT FOR THE

9                                EASTERN DISTRICT OF CALIFORNIA

10

DAVID OVALLE,                          )          1:12cv0292 AWI DLB
11                                     )
                                       )
12                                     )          ORDER DENYING PLAINTIFF'S
                                       )          MOTION TO UTILIZE ELECTRONIC
13              Plaintiff,             )          COURT FILING
                                       )
14        vs.                          )          (Document 10)
                                       )
15  LIBERTY LIFE ASSURANCE CO.         )
    OF BOSTON,                         )
16                                     )
                Defendant.             )
17  _____)

18        Plaintiff David Ovalle is proceeding pro se in this action and has requested permission to

19  e-file documents in this Court's CM/ECF case management system.  He has not, however, explained

20  why the Court should make an exception to the general rule that pro se parties are not permitted to

21  use CM/ECF.  Local Rule 133(b)(3) provides that pro se applicant must "set[] out an explanation of

22  reasons for the exception."

23        Plaintiff's motion is therefore DENIED WITHOUT PREJUDICE.

24     IT IS SO ORDERED.

25     Dated:   __April 27, 2012__            _____/s/ **Dennis L. Beck**_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28                                                1