PAMELA E. COGAN (SBN 105089)
HANA A. HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        pcogan@rmkb.com
              hhardy@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OVALLE,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. 1:12-cv-00292-AWI-DLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff, DAVID OVALLE, and defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to Defendant, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Each party shall bear its own fees and costs.

RC1/6474725.1/HAH

STIPULATION AND ORDER FOR DISMISSAL – CASE NO.: 1:12-CV-00292-AWI-DLB

Dated: May 31, 2012

ROPERS, MAJESKI, KOHN & BENTLEY

By: *Pamela E. Cogan*
PAMELA E. COGAN
HANA A. HARDY
Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

Dated: May 31, 2012

DAVID OVALLE

By: *David Ovalle*
DAVID OVALLE
Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: June 1, 2012

CHIEF UNITED STATES DISTRICT JUDGE