PAMELA E. COGAN (SBN 105089)
HANA A. HARDY (SBN 252871)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA  94063-2052
Telephone:	(650) 364-8200
Facsimile:	(650) 780-1701
Email:	pcogan@rmkb.com
	hhardy@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID OVALLE,<br><br>          Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>          Defendant. | Case No.  1:12-cv-00292-AWI-DLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff, DAVID OVALLE, and defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, by and through their attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to Defendant, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Each party shall bear its own fees and costs.

RC1/6474725.1/HAH

STIPULATION AND ORDER FOR DISMISSAL – CASE NO.: 1:12-CV-00292-AWI-DLB

| | | |
|---|---|---|
| 1 | Dated: May 31, 2012 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 2 | | |
| 3 | | By: *Pamela E. Cogan* |
| 4 | | PAMELA E. COGAN<br>HANA A. HARDY<br>Attorneys for Defendant |
| 5 | | LIBERTY LIFE ASSURANCE COMPANY<br>OF BOSTON |
| 6 | | |
| 7 | Dated: May 31, 2012 | DAVID OVALLE |
| 9 | | By: *David Ovalle* |
| 10 | | DAVID OVALLE<br>Plaintiff |

**ORDER**

IT IS SO ORDERED.

Dated:   June 1, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE